UNITED STATES FIDELITY AND GUARANTY COMPANY, a corporation, *Plaintiff in Error,* v. DIXIE COUNTY, a political subdivision of the State of Florida, and BOARD OF BOND TRUSTEES OF DIXIE HIGHWAY SPECIAL ROAD AND BRIDGE DISTRICT, a corporation, *Defendants in Error.*

146 So. 192.

En Banc.

Order entered January 18,1933.

*Fleming, Hamilton, Diver & Lichliter,* for Plaintiff in Error.

*McKinney & Edwards,* for Defendants in Error.

PER CURIAM.—This cause having been submitted to the Court upon a stipulation and agreement of counsel for the respective parties providing and praying that the judgment in this cause be reversed, it is thereupon ordered by the Court that the judgment of the Circuit Court in this cause be and the same is hereby reversed upon stipulation of counsel and the cause remanded for further appropriate proceedings.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.